No. 02–520.  HOPEMAN BROTHERS, INC. *v.* ACKER ET AL.  Sup. Ct. Va.  Motion of Coalition for Asbestos Justice, Inc., et al. for leave to file a brief as *amici curiae* granted.  Certiorari denied.

No. 02–541.  NASSAU COUNTY, NEW YORK, ET AL. *v.* SHAIN ET AL.  C. A. 2d Cir.  Motions of Corrections Captains' Association of City of New York and Correction Officers' Benevolent Association for leave to file briefs as *amici curiae* granted.  Certiorari denied.

No. 02–555.  FORRESTER ET AL. *v.* NEW JERSEY DEMOCRATIC PARTY, INC., ET AL.  Sup. Ct. N. J.  Motion of California Secretary of State for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 02–6743.  LYNCH *v.* NATIONAL CITY MORTGAGE.  Ct. App. Ohio, Cuyahoga County.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 02–7863 (02A482).  CARTER *v.* NORTH CAROLINA.  Sup. Ct. N. C.  Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.  Certiorari denied.

No. 02–7864 (02A478).  CARTER *v.* NORTH CAROLINA.  Sup. Ct. N. C.  Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.  Certiorari denied.

No. 01–10063.  DANNER *v.* DILL, *ante,* p. 833;

No. 01–10441.  FAISON *v.* FLORIDA DEPARTMENT OF CORRECTIONS, *ante,* p. 844;

No. 01–10527.  STIGGERS *v.* FLEET MORTGAGE CORP., *ante,* p. 847;

No. 01–10545.  COOPER *v.* UNITED STATES, *ante,* p. 848;

No. 01–10904.  ALEXANDER *v.* ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, *ante,* p. 870;

No. 01–10989.  HEIM *v.* BUSH, PRESIDENT OF THE UNITED STATES, *ante,* p. 875;

No. 02–157.  HOGAN *v.* POTTER, POSTMASTER GENERAL, ET AL., *ante,* p. 886;